NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**EAGLE INDUSTRIES, INC.,**
*Appellant*

**v.**

**MINIATURE PRECISION COMPONENTS, INC.,**
*Appellee*

———————————

2019-1242

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01403.

———————————

**JUDGMENT**

———————————

JACOB DANIEL KOERING, Miller, Canfield, Paddock, & Stone, PLC, Chicago, IL, argued for appellant. Also represented by ANTHONY MICHAEL PALIZZI, Detroit, MI.

JOHN S. ARTZ, Dickinson Wright PLLC, Ann Arbor, MI, argued for appellee. Also represented by BRYAN JOSEPH SCHOMER, Troy, MI.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, TARANTO, and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>November 6, 2019</td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner</td></tr>
<tr><td></td><td>Clerk of Court</td></tr>
</table>